THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Bobby Juarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BOBBY JUAREZ,<br><br>          Defendant | Case No. Mag. 12-0207-EFB<br><br>STIPULATION AND ORDER TO EXTEND DATE FOR PRELIMINARY HEARING.<br><br>Date:   November 29, 2012<br>Time:   2:00 p.m.<br>Judge:  Hon. Edmund F. Brennan |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Hearing scheduled for October 11, 2012 at 2:00 p.m. is continued November 29, 2012 at 2:00 p.m.  Jason Hitt, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance.

The parties further agree, pursuant to Fed. R. Crim. P. 5.1 (c) and (d) that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown.  Defense counsel and the government have not had sufficient time to (1) finalize necessary preparation for indictment, (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendant and defense counsel about potential settlement of the case.  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate that the interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18

1  U.S.C. §§ 3161(b), (h)(7)(A), and further that this good cause outweighs the public's
2  interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).
3         All parties request the date of November 29, 2012 for the preliminary hearing in
4  this case.  The request for extending the date for preliminary hearing is at the specific
5  request of the defendant with the knowing and voluntary waiver of his Speedy
6  Preliminary Hearing rights under the law.  Good cause is thereby shown.

**IT IS SO STIPULATED.**

DATED:  October 9, 2012                    By:    /s/  Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Defendant
                                                  BOBBY JUAREZ

DATED:  October 9, 2012                           BENJAMIN WAGNER
                                                  United States Attorney

                                           By:    /s/ Thomas A. Johnson for
                                                  JASON HITT
                                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  October 9, 2012                    _____
                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE