THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Bobby Juarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BOBBY JUAREZ,<br><br>　　　　　Defendant | Case No.: 2:12-mj-00207-EFB<br><br>STIPULATION AND ORDER FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES |

　　　　Defendant, BOBBY JUAREZ, by and through his counsel, THOMAS A. JOHNSON, and the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, hereby stipulate to the following:

　　　　It has been agreed by all parties for a temporary release of Mr. Juarez from Saturday, December 8, 2012, at 8:30 a.m. to 6:00 p.m. to attend the funeral of his mother, Patsy Juarez.  Mr. Juarez is currently in custody at the Sacramento County Jail awaiting resolution of the above case; the matter is next scheduled for December 28, 2012, for Preliminary Hearing.

　　　　Patsy Juarez passed away on November 26, 2012. The funeral is schedule (sic) scheduled for December 8, 2012, at the Jesse E. Cooley Jr. Funeral Home, located at 640 N. California Street, Stockton, California, 95202 from, 10:00 a.m. to 5:00 p.m.

　　　　The government does not oppose this request so long as Mr. Juarez is accompanied during the entire period by his temporary release by an investigator. Therefore, the Law Office of Thomas A. Johnson has arranged for investigator, Frank Huntington, to accompany Mr. Juarez to the funeral.

1  Pursuant to discussions with the U.S. Marshal's Office and the Sacramento
2  County Main Jail, Mr. Huntington will pick up Mr. Juarez at Sacramento County Main
3  Jail, transport him to the funeral service, and return him to Sacramento County Main Jail
4  immediately after the funeral service.  Mr. Juarez will remain in the custody of Mr.
5  Huntington during the entire time of his release.  Mr. Huntington will keep strict control
6  over Mr. Juarez at all times.
7  For the above reasons, Defendant, Bobby Juarez, respectfully requests that the
8  Court allow this temporary release.

DATE:  November 30, 2012          By:    /s/   Thomas A. Johnson for
                                         THOMAS A. JOHNSON
                                         Attorney for Bobby Juarez

DATE:  November 30, 2012          By:    BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/   Thomas A. Johnson for
                                         JASON HITT
                                         Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Date:** **12/3/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE