1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2751

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Mag. No. 2:12-MJ-0207 EFB
                                  )
12              Plaintiff,        )   STIPULATION AND
                                  )   ORDER CONTINUING
13         v.                     )   PRELIMINARY HEARING AND
                                  )   EXCLUDING TIME
14 BOBBY JUAREZ,                  )
                                  )
15              Defendant.        )
   _____)

16

17     IT IS HEREBY STIPULATED by and between Assistant United States

18 Attorney Jason Hitt, counsel for the plaintiff United States of

19 America, and defendant Bobby JUAREZ, by and through his counsel

20 Thomas A. Johnson, Esq., that good cause exists to extend the

21 preliminary hearing currently set for December 28, 2012, at 2:00

22 p.m., to January 11, 2013, pursuant to Federal Rule of Criminal

23 Procedure 5.1(d).

24     Good cause exists to extend the time for the preliminary

25 hearing within meaning of Rule 5.1(d) as government's counsel is not

26 available the week of December 24, 2012, but he is available the

27 following week, however defense counsel has advised that he is not

28 available until January 11, 2013.

                                  1

Defendant does not object to the continuance of the preliminary hearing date and agrees that this continuance will not prejudice him.

The parties further stipulate that the ends of justice are served by the Court excluding time from December 28, 2012, to January 11, 2013, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.


DATED: December 26, 2012          /s/Jason Hitt_____
                                  JASON HITT
                                  Assistant U.S. Attorney

DATED: December 26, 2012          /s/Jason Hitt for Thomas Johnson
                                  THOMAS JOHNSON, ESQ.
                                  Counsel for defendant
                                  Bobby JUAREZ
                                  Authorized to sign for Mr.
                                  Johnson on 12-21-12

1                          O  R  D  E  R

2       Based upon the representations by counsel and the stipulation

3  of the parties, **IT IS HEREBY ORDERED** that:

4       1.   The Court finds good cause to extend the Preliminary

5  Hearing in <u>United States v. Juarez</u>, Case No. 2:12-mj-00207 EFB, from

6  December 28, 2012, at 2:00 p.m., to January 11, 2013, pursuant to

7  Federal Rule of Criminal Procedure 5.1(d); and

8       2.   Based upon the representations and stipulation of the

9  parties, the court finds that the time exclusion under 18 U.S.C.

10 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of

11 justice outweigh the best interest of the public and the defendant

12 in a speedy trial based upon the factors set forth in 18 U.S.C.

13 § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act

14 shall be excluded from December 28, 2012, up to and including

15 January 11, 2013.

16      **IT IS SO ORDERED.**

17  Dated: December 26, 2012

18                                    _____

19                                    CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28