THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Bobby Juarez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br>Bobby Juarez<br><br>        Defendant | Case No.: 2:12-MJ-00207-EFB<br><br>STIPULATION AND ORDER TO<br>CONTINUE PRELIMINARY HEARING<br>AND ORDER EXCLUDING TIME<br><br>Date:    February 8, 2013<br>Time:   9:00 a.m.<br>Judge:  Hon. Gregory G. Hollows |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the preliminary hearing currently set for January 11, 2013 at 2:00 p.m. is continued to February 8, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

It is further stipulated that good cause exists to extend the time for the preliminary hearing within  the meaning of Rule 5.1(d).  The parties further stipulate that the ends of justice are served by the Court excluding time from January 11, 2013 to February 8, 2013 so that counsel for the defendant may have reasonable time necessary for preparation, taking into account the exercise of due diligence.  18 U.S.C. Section 3161(h)(7)(B)(iv). The defendant, defense counsel and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A); Local Code T-4, preparation of counsel.

**IT IS SO STIPULATED.**

DATED: January 11, 2013  By:   /s/  Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Defendant
                                Bobby Juarez

DATED: January 11, 2013         BENJAMIN WAGNER
                                United States Attorney

                          By:   /s/   Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for January 11, 2013 is continued to February 8, 2013. It is further ORDERED that the time under the Speedy Trial Act between today's date and February 8, 2013, is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for preparation of counsel. For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through February 8, 2013

Dated: 01/11/2013

_____
ALLISON CLAIRE
U.S. Magistrate Judge

STIPULATION AND ORDER         - 2 -