BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BOBBY JUAREZ,<br><br>  Defendant. | Case No. 2:12-mj-00207 EFB<br><br>GOVERNMENT'S MOTION TO DISMISS THE CRIMINAL COMPLAINT AND ORDER |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Criminal Complaint against defendant Bobby JUAREZ in Case No. 2:12-mj-00207 EFB pursuant to Federal Rule of Criminal Procedure 48(a).  The Criminal Complaint against Bobby JUAREZ was filed on August 10, 2012.

///
///
///
///
///
///

1

The government brings this motion in the interests of justice because defendant has entered into an agreement with the United States and the Sacramento County District Attorney's Office.  Under the agreement, the United States agrees to dismiss the Complaint in exchange for defendant's entry of guilty pleas to specified state felony charges.  Accordingly, the undersigned respectfully moves to dismiss the Criminal Complaint against defendant JUAREZ in Case No. 2:12-mj-00207 EFB in the interests of justice pursuant to Rule 48(a).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: August 15, 2013       By:/s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss the Criminal Complaint filed by the United States, **IT IS HEREBY ORDERED** that the Criminal Complaint against Bobby JUAREZ in Case No. 2:12-mj-00207 EFB is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

DATED: August 15, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
juarez0207.mtd.ord.wpd